**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-80779-CV-MIDDLEBROOKS**

HOWARD COHAN,

      Plaintiff,

vs.

DASH LEGACY, INC.,
d/b/a MCDONALD'S #39379,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, DASH LEGACY, INC. d/b/a MCDONALD'S #39379 ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties ten (10) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 25th day of September, 2024.

| | |
|---|---|
| BY:_____ *s/ Jason S. Weiss*_____<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br><br>*Attorneys for Plaintiff* | BY:_____ *s/ Justin C. Sorel*_____<br>Justin C. Sorel<br>Florida Bar No.: 0016256<br>**COLE, SCOTT & KISSANE, P.A.**<br>Esperante Building<br>222 Lakeview Avenue, Suite 500<br>West Palm Beach, Florida 33401<br>Telephone (561) 383-9229<br>Facsimile (561) 683-8977<br>Primary e-mail: justin.sorel@csklegal.com<br><br>*Attorneys for Defendant* |